UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EDWARD DUSHAUN BAKER,

      Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:11-cr-56

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt. #33) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Counts One and Two of the Indictment and the Information and Notice of Prior Felony Drug Conviction.

3. The written plea agreement is hereby continued under advisement pending sentencing.

Date:  June 2, 2011

      /s/ Paul L. Maloney
      Paul L. Maloney
      Chief United States District Judge